
RECEIVED
IN MONROE, LA
JAN 25 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GLYNN E. DAVIS | CIVIL ACTION NO. 05-0121 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GUARDIAN LIFE INSURANCE CO. OF AMERICA, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

Having considered the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 66], noting the absence of objections thereto, and finding that the Magistrate Judge's findings are supported by the law and record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant P&S Benefit Consultants, Inc.'s Motion to Dismiss [Doc. No. 60] is DENIED.

MONROE, LOUISIANA, this 25 day of January, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE